# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135009

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHRISTOS HASSEN JAHED,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135009
COA: 279784
Wayne CC: 05-007333-01

On order of the Court, the application for leave to appeal the September 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

Clerk

p1217